## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### Clerk's Office – Newark, NJ

Spirit Clothing Company

                Plaintiff,

v.                                    Case No.: 2:15−cv−04022−JLL−JAD

                                        Judge Jose L. Linares

PANDA APPAREL, LLC

                Defendant.

**Dear James Woo Ahn, Esq., Willmore F. Holbrow, III, Esq., Christian W. Wilbert, Esq. and Joseph R. Wilbert, Esq.:**

    Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

                                            Very truly yours,

                                            William T. Walsh, Clerk
                                            By Deputy Clerk, jr