UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPIRIT CLOTHING COMPANY, a California corporation,<br><br>　　　　　　Plaintiff,<br>v.<br><br>PANDA APPAREL, LLC, a limited liability company,<br><br>　　　　　　Defendant. | Civil Action No.: 2:15-cv-04022 (JLL) (JAD)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

　　　　Plaintiff Spirit Clothing Company hereby voluntarily dismisses this lawsuit, without prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with each side to bear its own costs and fees.

Dated: July 23, 2015

By: s/ Nancy A. Del Pizzo

Gregory D. Miller
Nancy A. Del Pizzo
RIVKIN RADLER LLP
25 Main Street, Court Plaza South,
West Wing, Ste. 158
Hackensack, New Jersey 07601
P: (201) 287-2460
F: (201) 489-0495

OF COUNSEL:
Willmore F. Holbrow
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP
12400 Wilshire Boulevard, Suite 700
Los Angeles, California 90025
P: (310) 207-3800
F: (310) 820-5988

*Attorneys for Plaintiff,*
*Spirit Clothing Company*